UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DIEBOLD, CAROL | ) | CASE NO. 07-07794-JHS |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

## DISTRIBUTION REPORT

I, DAVID R. BROWN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,184.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $79,128.77 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $90,313.18 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 11,184.41 | 100.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | DAVID R. BROWN, Trustee Fees | $7,768.41 | $7,768.41 |
| | DAVID R. BROWN, Attorney for Trustee Fees | $2,233.00 | $2,233.00 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Fees | $1,169.40 | $1,169.40 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Expenses | $13.60 | $13.60 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligation claims | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

**EXHIBIT D**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 121,472.29 | 65.14142 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $2,766.87 | $1,802.38 |
| 2 | Chase Bank USA, N.A. | $4,341.94 | $2,828.40 |
| 3 | Chase Bank USA, N.A. | $11,225.74 | $7,312.61 |
| 4 | Chase Bank USA, N.A. | $12,551.35 | $8,176.13 |
| 5 | Chase Bank USA, N.A. | $8,125.34 | $5,292.96 |
| 6 | Chase Bank USA, N.A. | $11,326.62 | $7,378.32 |
| 7 | Chase Bank USA, N.A. | $10,582.37 | $6,893.51 |
| 8 | Chase Bank USA, N.A. | $8,813.03 | $5,740.93 |
| 9 | American Express Centurion Bank | $14,019.57 | $9,132.55 |
| 10 | US Bank / Retail Payment Solutions | $10,899.70 | $7,100.22 |

**EXHIBIT D**

| 11 | Household Finance Corporation/Beneficial | $7,509.53 | $4,891.81 |
| 12 | eCAST Settlement Corporation assignee of HSBC Bank | $6,589.13 | $4,292.25 |
| 13 | eCAST Settlement Corporation assignee of HSBC Bank | $4,357.66 | $2,838.64 |
| 14 | eCAST Settlement Corporation assignee of HSBC Bank, | $8,363.44 | $5,448.06 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____December 12, 2008_____          /s/ David R. Brown /s/
                                              _____
                                              DAVID R. BROWN, TRUSTEE

**EXHIBIT D**