UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DIEBOLD, CAROL | ) | CASE NO. 07-07794-JHS |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 North County Farm Road, Courtroom 4016, Wheaton, IL

    On: **February 27, 2009**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $90,368.18

    Disbursements                                                           $55.00

    Net Cash Available for Distribution                                     $90,313.18

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN, Trustee | $0.00 | $7,768.41 | $0.00 |
| DAVID R. BROWN, Attorney for Trustee | $0.00 | $2,233.00 | $0.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. Accountant for Trustee | $0.00 | $1,169.40 | $13.60 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $121,472.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 65.14% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $2,766.87 | $1,802.38 |
| 2 | Chase Bank USA, N.A. | $4,341.94 | $2,828.40 |
| 3 | Chase Bank USA, N.A. | $11,225.74 | $7,312.61 |
| 4 | Chase Bank USA, N.A. | $12,551.35 | $8,176.13 |
| 5 | Chase Bank USA, N.A. | $8,125.34 | $5,292.96 |
| 6 | Chase Bank USA, N.A. | $11,326.62 | $7,378.32 |
| 7 | Chase Bank USA, N.A. | $10,582.37 | $6,893.51 |
| 8 | Chase Bank USA, N.A. | $8,813.03 | $5,740.93 |
| 9 | American Express Centurion Bank | $14,019.57 | $9,132.55 |
| 10 | US Bank / Retail Payment Solutions | $10,899.70 | $7,100.22 |
| 11 | Household Finance Corporation/Beneficial | $7,509.53 | $4,891.81 |
| 12 | eCAST Settlement Corporation assignee of HSBC Bank | $6,589.13 | $4,292.25 |
| 13 | eCAST Settlement Corporation assignee of HSBC Bank | $4,357.66 | $2,838.64 |
| 14 | eCAST Settlement Corporation assignee of HSBC Bank | $8,363.44 | $5,448.06 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **January 27, 2009**        For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Brown
Address:     400 South County Farm Road
             Suite 330
             Wheaton, IL 60187
Phone No.:   (630) 510-0000

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 27, 2009
Case: 07-07794                 Form ID: pdf002              Total Served: 78

The following entities were served by first class mail on Jan 29, 2009.
db           +Carol Diebold,    5527 East Lake Drive Unit C,    Lisle, IL 60532-2667
aty          +Arthur W Rummler,    Springer, Brown, Covey, Gaertner & Davis,    Wheaton Executive Center,
               400 S. County Farm Road,    Suite 330,    Wheaton, IL 60187-4547
aty          +Richard L Hirsh,    Richard L Hirsh & Associates PC,    1500 Eisenhower Lane,    Suite 800,
               Lisle, IL 60532-2135
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11334873      AT&T Universal,    P.O. Box 44167,    Jacksonville, FL 32231-4167
11334874      AT&T Universal Card,    Universal Card Services,    P.O. Box 8029,
               South Hackensack, NJ 07606-8029
11334875     +AT&T Universal/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11334870     +American Express,    Customer Service,    777 American Expressway,    Fort Lauderdale, FL 33337-0001
11334868      American Express,    P.O. Box 360002,    Fort Lauderdale, FL 33336-0002
11334869     +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
11455179      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11334871     +Amex,    ATTN: Bankruptcy Department,    16 Genral Warren Blvd.,    Malvern, PA 19355-1245
11334872     +Associates/Citibank,    P.O. Box 6003,    Hagerstown, MD 21747-6003
11334879      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
11334877     +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11334880      Bank of America,    P.O. Box 53132,    Phoenix, AZ 85072-3132
11334878      Bank of America,    P.O. Box 17220,    Baltimore, MD 21297-1220
11334881      Bank of America,    P.O. Box 37271,    Baltimore, MD 21297-3271
11334876     +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
11334882     +Beneficial Finance,    512 W. Lake Street,    Addison, IL 60101-2307
11334883     +Beneficial/Household Finance,    P.O. Box 1547,    Chesapeake, VA 23327-1547
11334886      Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
11334884      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11334885     +Capital One,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
11334887     +Capital One Bank,    11013 W. Broad Street,    Glen Allen, VA 23060-5937
11334890      Capital One Bank,    P.O. Box 70884,    Charlotte, NC 28272-0884
11334888      Capital One Bank,    P.O. Box 60024,    City Of Industry, CA 91716-0024
11334889      Capital One Bank,    P.O. Box 60067,    City Of Industry, CA 91716-0067
11334891     +Capital One Card,    P.O. Box 85147,    Richmond, VA 23276-0001
11334895      Chase,    P.O. Box 52108,    Phoenix, AZ 85072-2108
11334893      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11334894     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11334892     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11451599      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
11334896      Chase Freedom Mastercard,    P.O. Box 52064,    Phoenix, AZ 85072-2064
11334897      Chase Gold Mastercard,    P.O. Box 52064,    Phoenix, AZ 85072-2064
11334898      Chase Gold Visa,    P.O. Box 52064,    Phoenix, AZ 85072-2064
11334899      Chase Platinum MasterCard,    P.O. Box 52194,    Phoenix, AZ 85072-2194
11334900      Citi Cards,    P.O. Box 688904,    Des Moines, IA 50368-8904
11334903      Citi Cards,    P.O. Box 688919,    Des Moines, IA 50368-8919
11334905      Citi Cards,    P.O. Box 688908,    Des Moines, IA 50368-8908
11334901      Citi Cards,    P.O. Box 688906,    Des Moines, IA 50368-8906
11334904      Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
11334902      Citi Cards,    P.O. Box 6407,    The Lakes, NV 88901-6407
11334906     +Citi Financial,    684 S. Route 59,    Naperville, IL 60540-0900
11334907     +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11334908     +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
11334910      Citibank,    P.O. Box 52064,    Phoenix, AZ 85072-2064
11334909      Citibank,    P.O. Box 469100,    Escondido, CA 92046-9100
11334911      Citibank/Choice Visa,    P.O. Box 8001,    South Hackensack, NJ 07606-8001
11334912     +Citifinancial,    P.O. Box 499,    Hanover, MD 21076-0499
11334913      Direct Merchants Bank - HSBC,    Points Now Card,    P.O. Box 60019,
               City Of Industry, CA 91716-0019
11334914     +Direct Merchants Bank Card,    Payment Center-HSBC NV,    P.O. Box 17036,
               Baltimore, MD 21297-1036
11334915     +FIA CSNA,    P.O. Box 17054,    Wilmington, DE 19884-0001
11334916     +HSBC,    P.O. Box 17904,    San Diego, CA 92177-7904
11334918      HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11334917      HSBC Card Services,    P.O. Box 17313,    Baltimore, MD 21297-1313
11334920      HSBC NV,    P.O. Box 19360,    Salinas, CA 93901
11334919     +HSBC NV,    P.O. Box 19360,    Portland, OR 97280-0360
11562006      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
11334867      ILL. DEPT. REVENUE,    PO BOX 64338,    Chicago, IL 60664-0338
11334866    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    STOP 5013CHI,    230 S. DEARBORN ST.,    Chicago, IL 60604)
11334921     +MBNA,    ATTN: Bankruptcy Department,    P.O. Box 15019,    Wilmington, DE 19886-5019
11334923      MBNA Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
11334922     +MBNA Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
11334924     +Optima Card/American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
11334925     +Rate Rewards Card,    Direct Merchants Bank-HSBC,    P.O. Box 17036,    Baltimore, MD 21297-1036
11334926    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank Card,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
11465158     +US Bank / Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11334927     +US Bank Card,    4325 17TH AVE S,    Fargo, ND 58125-6200
11334928    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wachovia Bank,    Bank Card Services-FIA MBNA,    P.O. Box 15019,
               Wilmington, DE 19850-5019)
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 27, 2009
Case: 07-07794                 Form ID: pdf002          Total Served: 78

11334931      Wells Fargo,    P.O. Box 60510,    Los Angeles, CA 90060-0510
11334930     +Wells Fargo,    P.O. Box 5296,    Carol Stream, IL 60197-5296
11334929     +Wells Fargo,    P.O. Box 54349,    Los Angeles, CA 90054-0349
11334932      Wells Fargo Bank NA,    P.O. Box 4233,    Portland, OR 97208-4233
11334933      Wells Fargo Credit Card,    Wells Fargo Financial Bank,    P.O. Box 98751,
               Las Vegas, NV 89193-8751
11334934     +Wells Fargo Finance Bank,    3201 N. 4TH Avenue,    Sioux Falls, SD 57104-0700
11565396      eCAST Settlement Corporation assignee of,    HSBC Bank NA/Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty*         +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                       **Signature:**      *Joseph Speetjens*