UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DIEBOLD, CAROL | ) | CASE NO. 07-07794-JHS |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**FINAL DISTRIBUTION REPORT**

I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,184.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $79,063.18 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $90,247.59 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 11,184.41 | 100.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | DAVID R. BROWN, Trustee Fees | $7,768.41 | $7,768.41 |
| | DAVID R. BROWN, Attorney for Trustee Fees | $2,233.00 | $2,233.00 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Fees | $1,169.40 | $1,169.40 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Fees | $13.60 | $13.60 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligation claims | $ 0.00 | |

**EXHIBIT D**

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| **6. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| **7. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| **8. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

**EXHIBIT D**

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 121,472.29 | 65.08742 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9 | American Express Centurion Bank, Payments to Unsecured Credit Card Holders | $14,019.57 | $9,124.98 |
| 6 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $11,326.62 | $7,372.20 |
| 8 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $8,813.03 | $5,736.18 |
| 7 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $10,582.37 | $6,887.79 |

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 3 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $11,225.74 | $7,306.54 |
| 5 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $8,125.34 | $5,288.57 |
| 1 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $2,766.87 | $1,800.88 |
| 2 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $4,341.94 | $2,826.06 |
| 4 | Chase Bank USA, N.A., Payments to Unsecured Credit Card Holders | $12,551.35 | $8,169.35 |
| 11 | Household Finance Corporation/Benef, Payments to Unsecured Credit Card Holders | $7,509.53 | $4,887.76 |
| 10 | US Bank / Retail Payment Solutions, Payments to Unsecured Credit Card Holders | $10,899.70 | $7,094.33 |
| 14 | eCAST Settlement Corporation assign, Payments to Unsecured Credit Card Holders | $8,363.44 | $5,443.55 |
| 13 | eCAST Settlement Corporation assign, Payments to Unsecured Credit Card Holders | $4,357.66 | $2,836.29 |
| 12 | eCAST Settlement Corporation assign, Payments to Unsecured Credit Card Holders | $6,589.13 | $4,288.70 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

**EXHIBIT D**

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| **18. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED/ WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____

**EXHIBIT D**